UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| PAULA MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20 CV 249 CDP |
| ) | |
| ETHICON, INC. et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

The Court having been advised that this action has been settled,

**IT IS HEREBY ORDERED** that all hearings and the June 20, 2022 Jury Trial are **vacated** and all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** that counsel shall file, within ninety (90) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment.  Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 26th day of May, 2021.